# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2022

## NO.  03-22-00438-CV

**G. C. and H. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on June 28, 2022.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  Because appellants are indigent and unable to pay costs, no adjudication of costs is made.